UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 P 2:49

| | | |
|---|---|---|
| UNITED VAN LINES, LLC | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:03 CV 200 (AWT) |
| V. | : | |
| RONALD J. MORF and ENTERTAINMENT INDUSTRIES, INC., | : | |
| Defendants. | : | MARCH 12, 2004 |

### MOTION FOR EXAMINATION OF JUDGMENT DEBTOR

Pursuant to Federal Rule of Civil Procedure 69 and Connecticut General Statute § 52-397, the plaintiff and Judgment Creditor, United Van Lines, LLC, respectfully moves this Court for an Order, allowing the judgment creditor to examine the judgment debtor, Ronald J. Morf, under oath in Court. The subject of said examination shall concern the judgment debtor's property and means of paying the judgment entered against him in this case.

I.   **Law**

Federal Rule of Civil Procedure 69(a) provides in pertinent part:

"In aid of the judgment or execution, the judgment creditor or his successor in interest when that interest appears of record, may obtain discovery from any person, including the judgment debtor and the manner provided in these rules or in the manner provided by the practice of the State in which the District Court is held."

FILED 2004 MAR 27 P 4:0

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    3/27/04